UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

Case No.: 6:16-cv-01685-MGL

| | |
|---|---|
| State Farm Fire and Casualty Company,<br><br>Plaintiff,<br><br>vs.<br><br>Morningstar Consultants, Inc.,<br><br>Defendant. | **CONSENT ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE AMENDED COMPLAINT** |

IT APPEARING to the Court, upon motion of Plaintiff and with the consent of Defendant, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, that leave should be granted to allow Plaintiff to file an Amended Complaint in order to encompass the Cypress Bend litigation in its request for declaratory relief.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff shall be allowed to file an Amended Complaint that encompasses the Cypress Bend litigation because all parties consent and good cause exists. The Amended Complaint shall be filed within five (5) days.

AND IT IS SO ORDERED this 4th day of October, 2016.

 s/Mary Geiger Lewis_____
Mary Geiger Lewis
United States District Judge

**WE SO MOVE:**

CLAWSON and STAUBES, LLC

s/Timothy A. Domin
Timothy A. Domin
District of S.C. Federal ID No.:  5828
Penn W. Ely
District of S.C. Federal ID No.:  100604
126 Seven Farms Drive, Suite 200
Charleston, South Carolina 29492-8144
Phone:   (843) 577-2026

Attorneys for Plaintiff

**WE SO CONSENT:**

KENISON, DUDLEY & CRAWFORD, LLC

s/Thomas E. Dudley III
Thomas E. Dudley III
District of S.C. Federal ID No.: 5973
704 East McBee Avenue
Greenville, SC 29601
Phone:  (864) 242-4899

Attorney for Defendant